United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HECTOR M., "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00513 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, "Respondents." | § | |

**ORDER**

Before the Court is the parties' "Joint Stipulation of Dismissal" (Dkt. No. 10). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Petitioner's "Verified Petition for Writ of Habeas Corpus" (Dkt. No. 1) is **DISMISSED without prejudice**. Respondents' "Motion for Summary Judgment" (Dkt. No. 6) is further **DENIED** as moot. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this September 28, 2026

Rolando Olvera
United States District Judge